**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Denise L. Cote, U.S.D.J. |
| | : | |
| v. | : | Case No.: 1:26-cr-00216-DLC |
| WILKINS MARTINEZ VARGAS | : | |
| | : | **CONSENT ORDER** |
| | : | |

This matter having been opened to the Court by Kevin G. Roe, Attorney for Defendant, Wilkins Martinez Vargas, for an Order permitting Defendant to temporarily remove his electronic ankle monitor for the purpose of undergoing an MRI on November 30, 2026, and the parties having conferred and agreed to the within application on the following terms and conditions to be ordered by the Court, and good cause therefor appearing for the entry of this Order;

It is on this 25th day of November, 2026,

**ORDERED** that Defendant Wilkins Martinez Vargas be and is hereby permitted to have his electronic monitoring device removed on November 30, 2026, for the purposes of his MRI appointment, and to replace the electronic monitoring device on the same day. Failure to strictly abide by the foregoing shall be deemed a violation of the terms and conditions of his pretrial release.

Robert Ruff

AUSA Robert Ruff
United States Attorney's Office

Denise Cote

Honorable Denise L. Cote, U.S.D.J.
United States District Judge

Francesca Piperato

Francesca Piperato
United States Pretrial Services